E. BRYAN WILSON
Acting United States Attorney

STEPHAN COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: stephan.collins@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:21-mj-00533-MMS |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MATTHEW CHRISTIAN MANLEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF INTENT TO USE THE COURT'S DIGITAL
EVIDENCE PRESENTATION SYSTEM**

COMES NOW the United States of America, by and through undersigned

counsel, and hereby gives notice of the United States' intent to use the Court's

Digital Evidence Presentation System (DEPS) during the identity hearing in the

above captioned case, currently scheduled for October 21, 2021.

//

//

RESPECTFULLY SUBMITTED this 20th day of October, 2021, in Anchorage,

Alaska.

E. BRYAN WILSON
Acting United States Attorney

_s/_ Stephan Collins
STEPHAN COLLINS
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2021, a
copy of the foregoing was served
electronically on:

Samuel Lee Eilers

_s/ Stephan Collins_
Office of the U.S. Attorney

U.S. v. Manley
3:21-mj-00533-MMS                    Page 2 of 2
        Case 3:21-mj-00533-MMS   Document 5   Filed 10/20/21   Page 2 of 2