E. BRYAN WILSON
Acting United States Attorney

STEPHAN COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: stephan.collins@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-mj-00533-MMS |
| Plaintiff, | |
| vs. | |
| CHRISTIAN MATTHEW MANLEY, | |
| Defendant. | |

**NOTICE OF CONVENTIONAL FILING**

The United States of America, through undersigned counsel, provides notice to the Court that a CD containing Exhibits 1-4 has been filed conventionally. The Government anticipates that these video exhibits will be presented during the identity hearing in the above captioned case, currently scheduled for October 21, 2021.

//

//

RESPECTFULLY SUBMITTED this 20th day of October, 2021, in Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

*s/* Stephan Collins
STEPHAN COLLINS
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2021, a copy of the foregoing was served electronically on:

Samuel Lee Eilers

*s/ Stephan Collins*
Office of the U.S. Attorney

U.S. v. Manley
3:21-mj-00533-MMS    Page 2 of 2
Case 3:21-mj-00533-MMS   Document 6   Filed 10/20/21   Page 2 of 2