# UNITED STATES DISTRICT COURT
for the
District of Alaska

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Case Number: 3:21-MJ-00533-MMS |
| CHRISTIAN MATTHEW MANLEY | ) | |

## ORDER OF TEMPORARY DETENTION AND SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows.

| Place: | Anchorage, Alaska | Courtroom No.: | 5 |
|---|---|---|---|
| | | Date and Time: | 10/21/2021 2:00:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 10/19/2021

_Judge's signature_

Matthew M. Scoble, United States Magistrate Judge
*Printed name and title*