E. BRYAN WILSON
Acting United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:21-mj-00533-MMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| CHRISTIAN MATTHEW MANLEY, | ) | |
| Defendant. | ) | |

**NOTICE OF FILING DETENTION ORDERS FROM SIMILAR CASES**

COMES NOW the United States of America, by and through undersigned counsel, and hereby gives notice of the United States' filing of detention orders for three similar cases where defendants were detained in the District of Columbia. The courts in the District of Columbia have adopted a test from the *Chrestman* case that distinguishes the cases involving violence from the ones that don't, and the defendants who committed violence, especially the sprayers, are pretty much

uniformly being detained.

RESPECTFULLY SUBMITTED October 21, 2021, in Anchorage, Alaska.

                                        E. BRYAN WILSON
                                        Acting United States Attorney

                                        *s/ Stephan Collins*
                                        STEPHAN COLLINS
                                        Assistant U.S. Attorney
                                        Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2021, a true and correct copy of the foregoing was served electronically on:

Samuel Lee Eilers

*s/ Stephan Collins*
Office of the U.S. Attorney