E. BRYAN WILSON
Acting United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:21-mj-00533-MMS |
| Plaintiff, | ) | |
| v. | ) | |
| CHRISTIAN MATTHEW MANLEY, | ) | |
| Defendant. | ) | |

**NOTICE OF YOUTUBE VIDEO AS SOURCE OF EXHIBITS**

COMES NOW the United States of America, by and through undersigned counsel, and hereby gives notice that the source of the United States' exhibits is from a YouTube video titled UNBELIEVABLE Footage | Trump Supporters Battle Cops Inside the Capitol https://www.youtube.com/watch?v=cJOgGsC0G9U.

//

RESPECTFULLY SUBMITTED October 21, 2021, in Anchorage, Alaska.

    E. BRYAN WILSON
    Acting United States Attorney

    *s/ Stephan Collins*
    STEPHAN COLLINS
    Assistant U.S. Attorney
    Attorneys for the United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on October 21, 2021, a true and correct copy of the foregoing was served electronically on:

Samuel Lee Eilers

*s/ Stephan Collins*
Office of the U.S. Attorney

U.S. v. Manley
3:21-mj-00533-MMS    Page 2 of 2
Case 3:21-mj-00533-MMS   Document 14   Filed 10/21/21   Page 2 of 2